■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT HENRIQUEZ, Appellant. [16 NYS3d 726]—

Appeal from judgment, Supreme Court, New York County (Charles Solomon, J.), rendered April 20, 2010, convicting defendant, upon his plea of guilty, of grand larceny in the second and third degrees, and sentencing him, as a second felony offender, to an aggregate term of four to eight years, held in abeyance, the motion by assigned counsel to be relieved denied without prejudice to renewal, and counsel directed to attempt to communicate with defendant forthwith concerning any issues that may be raised concerning defendant's failure to be apprised that he might be deported as a consequence of his guilty plea to a felony and the possible consequences of pursuing an appeal raising such issues, and advising defendant that he has 60 days from the date of this order to file a pro se supplemental brief if he so chooses.

Counsel's letter to defendant, with a copy of the brief filed with this Court, does not meet the requirements of *People v Saunders* (52 AD2d 833 [1976]). Counsel has not sufficiently established that defendant has been made aware of any potential issues under *People v Peque* (22 NY3d 168 [2013]), that he has made an informed decision not to raise any such issues, and that he has been informed that he has a right to raise such issues in a pro se brief if he so chooses. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.